IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARCHITETTURA, INC.,<br>　　　Plaintiff,<br><br>v.<br><br>MISSION VILLAGE OF PECOS, LLC,<br>MISSION VILLAGE OF PECOS NM, LLC,<br>LOUIE LANGE, III, MICHAEL P. ASH and<br>TEXAS DEPARTMENT OF HOUSING<br>AND COMMUNITY AFFAIRS,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:16-cv-02793-M |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff's Motion to Dismiss with Prejudice (ECF No. 41) filed on October 4, 2017. The Court **GRANTS** the Motion. Accordingly, it is

ORDERED that this case is dismissed with prejudice, and all parties will bear their own costs and fees.

**SO ORDERED**.

October 6, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE